IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cv-00201-FDW-DCK

| | |
|---|---|
| KENYOTTA D. PERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NOTICE OF HEARING |
| ) | |
| ACCURATE STAFFING ) | |
| CONSULTANTS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

TAKE NOTICE that a evidentiary hearing on Defendant Accurate Staffing Consultants, Inc.'s Motion to Dismiss (Doc. No. 3) will take place before the undersigned United States District Judge, to be held at **4:00 p.m.** on **Thursday, June 10, 2010**, in Courtroom #1 of the Charles R. Jonas Federal Building in Charlotte, North Carolina. Plaintiff should be prepared to present evidence that this action was timely filed.

IT IS SO ORDERED.

Signed: May 27, 2010

Frank D. Whitney
United States District Judge