# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Kenyotta D. Perry,

    Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                              3:10-cv-201-FDW

Accurate Staffing Consultants, Inc.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 30, 2010 Order.

                                                  Signed: June 30, 2010

                                                  Frank G. Johns, Clerk
                                                  United States District Court